IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SERENE G. IRELAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHECKERBOARD SQUARE, LLC, a<br>California Limited Liability<br>Company, and PLES FOWLER,<br><br>　　　　Defendants. | Civil No. 04-3094-CO<br><br>ORDER |

Magistrate Judge John P. Cooney filed his Findings and Recommendation on April 6, 20054. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Plaintiff's motion for attorney fees (#20) is denied.

IT IS SO ORDERED.

DATED this 12th day of ~~May~~ May, 2005.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE